UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
APR 25 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:19CR321 HEA/DDN |
| AARON HINER, | ) ) ) |
| Defendant. | ) ) ) |

## INDICTMENT

The Grand Jury charges:

### COUNTS 1 THROUGH 2

On or about the following dates, within the Eastern District of Missouri, the defendant,

**AARON HINER,**

a United States Postal Service employee, did steal, abstract, and remove prescription medication from letters, packages, and mail which had been entrusted to the defendant and forwarded through and delivered from a post office or postal station established by authority of the Postmaster General and of the Postal Service,

| **COUNT** | **DATE** | **ITEM** |
|---|---|---|
| 1 | January 15, 2019 | Express Scripts Prescription Medication Parcels |
| 2 | March 5, 2019 | Express Scripts Prescription Medication Parcels |

1

All in violation of Title 18, United States Code, Sections 1709 and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney

2